Parsons Behle & Latimer
Robert L. Rosenthal, Bar No. 6476
Shelley L. Lanzkowsky, Bar No. 9096
Norman H. Kirshman, Bar No. 2733
411 E. Bonneville Avenue, Suite 300
Las Vegas, NV 89101
Telephone:  (702) 384-3877
Facsimile:   (702) 384-7057

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VIKKI RALEV,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ADAM S. KUTNER, P.C. and ADAM S. KUTNER, individually,<br><br>　　　　　　Defendants. | Case No. 2:06-CV-1494-KJD<br><br>**STATEMENT OF REMOVAL OF ACTION**<br>**[28 U.S.C. SECTION 1331]** |

　　　　Defendants ADAM S. KUTNER, P.C., and ADAM S. KUTNER., has removed to this Court the State Court action described below:

　　　　1.　　On or about October 26, 2006, an action was commenced in the District Court, Clark County, Nevada, entitled Vikki Ralev v. Adam S. Kutner, P.C. and Adam S. Kutner, individually, Case No. A 530513,

　　　　2.　　Defendants were served with a copy of said Complaint on or about November 1, 2006.

　　　　3.　　This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. Section 1331, as Plaintiff's Complaint, County VI, states a claim for "Discrimination Under 42 U.S.C. Section 2000(e). Accordingly, Plaintiff's Complaint may be removed to this Court.

99999.999/916190.1

4. This Court has supplemental jurisdiction over any non-federal claims.

5. Plaintiff's Complaint, attached hereto as Exhibit A is, to Defendants' knowledge, the only pleadings filed in this case to date.

6. The notice was timely filed within thirty days of service.

7. Defendants had prepared and filed with the clerk of the Eighth Judicial District Court a copy of this Notice on November 22, 2006.

Dated: December 06, 2006

Parsons Behle & Latimer

By: _____
Robert L. Rosenthal
Shelley L. Lanzkowsky
411 E. Bonneville, Suite 300
Las Vegas, Nevada 89101
Attorneys for Defendants

# PROOF OF SERVICE

I, Barbara Dunn, declare:

I am a citizen of the United States and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 411 E. Bonneville Avenue, Suite 300, Las Vegas, Nevada 89101. On December 7, 2006 I served a copy of the within document(s):

## STATEMENT OF REMOVAL OF ACTION

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Daniel Marks, Esq.  
LAW OFFICE OF DANIEL MARKS  
302 E. Carson, Suite 702  
Las Vegas, NV 89101

Michael J. Bognar, Esq.  
HABBAS, BOGNAR & ASSOC.  
528 S. Casino Center Blvd., 3rd Floor  
Las Vegas, NV 89101

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct.

Executed on December 7, 2006, at Las Vegas, Nevada.

_Barbara J. Dunn_  
Barbara J. Dunn

99999.999/915723.1

Defendants' Certificate As To Interested Parties Required By Local Rule