1  Parsons Behle & Latimer
   Robert L. Rosenthal, Bar No. 6476
2  Shelley L. Lanzkowsky, Bar No. 9096
   Norman H. Kirshman, Bar No. 2733
3  411 E. Bonneville Avenue, Suite 300
   Las Vegas, NV 89101
4  Telephone:   (702) 384-3877
   Facsimile:   (702) 384-7057
5
   Attorneys for Defendants
6

7                 IN THE UNITED STATES DISTRICT COURT

8                      FOR THE DISTRICT OF NEVADA

9  VIKKI RALEV,                          Case No. 2:06-CV-1494 (KJD)

10             Plaintiff,                **STIPULATION AND ORDER TO EXTEND TIME (FIRST REQUEST)**

11 v.

12 ADAM S. KUTNER, P.C. and ADAM S.
   KUTNER, individually,
13
               Defendants.
14

15
        The parties, by and through respective counsel of record, hereby stipulate to extend
16
   the time for Plaintiff to file her Oppositions to Defendants' Motion for Terminating Sanctions
17
   Due To Bad Faith Conduct, and Defendants' Motion To Disqualify Plaintiff's Counsel until
18
   December 15, 2006.
19
        This extension is based upon Plaintiff's request for additional time to further
20
   interview witnesses in preparation for her Oppositions. In light of the pending holidays the
21
   parties have agreed to provide Defendants until January 5, 2007 to file their respective Replies.
22

23
24 / / /

25 / / /

26 / / /

27 / / /

28

PARSONS
BEHLE &
LATIMER    16718.001/920953.1

1

2  DATED: 12/8, 2006            DATED: 12/8, 2006
                #9096                          #10190
3                                              for
4  ──────────────────────        ──────────────────────
   PARSONS BEHLE & LATIMER       LAW OFFICES OF DANIEL MARKS
5  Robert L. Rosenthal, Esq.     Daniel Marks, Esq.
   411 E. Bonneville, Suite 300  302 E. Carson, Suite 702
6  Las Vegas, NV 89101           Las Vegas, NV 89101
   Attorneys for Defendants      Attorneys for Plaintiff
7

8                          **ORDER**

9
   IT IS HEREBY ORDERED.
10

11                              ──────────────────────
12                              United States District Court Judge

13

14  Submitted by:

15  Dated: December 8, 2006           Parsons Behle & Latimer

16

17                                    By: ──────────────────────
                                         Robert L. Rosenthal
18                                       Shelley L. Lanzkowsky
                                         411 E. Bonneville, Suite 300
19                                       Las Vegas, Nevada 89101
                                         Attorneys for Defendants
20

21

22

23

24

25

26

27

28

PARSONS BEHLE & LATIMER

16718.001/920953.1                    - 2 -