# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VIKKI RALEV, *et al.*,

    Plaintiffs,

v.

ADAM S. KUTNER, *et al.*,

    Defendants.

Case No. 2:06-CV-01494-KJD-RJJ

**ORDER**

    On November 21, 2006, Defendants filed pending Motions to Disqualify Plaintiffs' Counsel (#4) and Terminating Sanctions Due to Bad Faith Conduct (#5).  On May 2, 2007, the Court granted the Stipulation to Stay Proceedings (#21) pending the outcome of arbitration.

    Accordingly, IT IS HEREBY ORDERED that the motions (#4/5) are **DENIED without prejudice as moot**;

    IT IS FURTHER ORDERED that the parties file a Joint Status Report no later than November 2, 2007, and file subsequent status reports every ninety (90) days thereafter.

    DATED this 24th day of September 2007.

    Kent J. Dawson
United States District Judge