# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VIKKI RALEV,

    Plaintiff,

v.

ADAM S. KUTNER, *et al.*,

    Defendants.

Case No. 2:06-CV-01494-KJD-RJJ

**ORDER**

Presently before the Court is the Report and Recommendation (#30) of Magistrate Judge Robert J. Johnston that the case be dismissed without prejudice upon consent of the parties. Though the time for doing so has passed, no objections to the magistrate judge's order have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Report and Recommendation (#30) of the United States Magistrate Judge entered June 27, 2008, should be adopted and affirmed.

IT IS THEREFORE ORDERED that Report and Recommendation (#30) of the United States Magistrate Judge entered June 27, 2008, is **ADOPTED** and **AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED without prejudice.**

DATED this 8TH day of August 2008.

_____
Kent J. Dawson
United States District Judge