Mark A. Hutchison (4639)
Patricia Lee (8287)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
mhutchison@hutchlegal.com
plee@hutchlegal.com

*Attorneys for defendants*

Electronically filed on December 1, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VIKKI RALEV,<br><br>    Plaintiff,<br><br>vs.<br><br>ADAM S. KUTNER, P.C. and<br>ADAM S. KUTNER, individually,<br><br>    Defendants. | Case No. 2:06-CV-1494-KJD-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS <u>WITH</u> PREJUDICE** |

  IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned counsel, that this action be dismissed in its entirety *with prejudice* with the parties bearing their own attorneys' fees and costs.

  This stipulation is made as a result of the parties entering into a mutually agreeable settlement agreement pertaining to the issues in dispute in this matter.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  The Court previously issued an order dismissing the case *without* prejudice, therefore,
2  there is no order setting a trial date in this matter.
3  DATED this _18_ day of November, 2008.

| LAW OFFICE OF DANIEL MARKS | HUTCHISON & STEFFEN, LLC. |
|---|---|
| //s// Daniel Marks | /s/ Mark Hutchison |
| Daniel Marks (2003)<br>302 East Carson Avenue, Suite 702<br>Las Vegas, Nevada 89101<br>(702) 386-0536<br>office@danielmarks.net | Mark A. Hutchison (4639)<br>Patricia Lee (8287)<br>10080 W. Alta Drive, Suite 200<br>Las Vegas, Nevada 89145<br>(702) 385-2500<br>mutchison@hutchlegal.com<br>plee@hutchlegal.com |
| *Attorneys for plaintiff* | *Attorneys for defendants* |

IT IS SO ORDERED.

DATED this _____ day of December, 2008.

_____
U.S. DISTRICT COURT JUDGE KENT J. DAWSON

Submitted by:

HUTCHISON & STEFFEN, LLC.

/s/ Mark Hutchison
_____
Mark A. Hutchison (4639)
Patricia Lee (8287)
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
(702) 385-2500

*Attorneys for defendants*